DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELSADA HALL,**
Appellant,

v.

**ANNIQUE A. LEBLANC,**
Appellee.

No. 4D2025-0359

[December 10, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven P. DeLuca, Judge; L.T. Case No. CONO24-057293.

Elsada Hall, Fort Lauderdale, pro se.

Annique A. Le Blanc, Tamarac, pro se.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150, 1152 (Fla. 1979).

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***